Matthew M. Spielberg
State Bar Number 072773
21855 Redwood Road
Castro Valley, CA 94546
(510) 886-5751
(209) 586-0250
Fax: (510) 886-5780

Attorney for Debtor(s).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Bk. Case No. 12-47622WLJ
                                          ) Chapter 13
LEON A BACH and                           )
CHANTAL L BACH,                           ) APPLICATION FOR ORDER
    Debtor(s).                            ) CONVERTING CHAPTER 13 TO
                                          ) CHAPTER 7

The Debtor(s) herein, LEON A BACH and CHANTAL L BACH, declare as follows:

1. The Debtor(s) filed a petition for relief on September 14, 2012.

2. This case has not been previously converted under 11 U.S.C. §706, §1112, or §1208 of the Bankruptcy Code.

3. The debtor(s) are not currently able to continue to make the payments called for under the Plan.

WHEREFORE, the Debtor(s) request that the pending Chapter 13 be Converted to a case under Chapter 7 of the Bankruptcy Code.

Declared under penalty of perjury at Castro Valley, California.

Dated: 6/17/13

_____
Leon A Bach
Debtor

Dated: 6·17·13

_____
Chantal L Bach
Debtor