Matthew M. Spielberg
State Bar Number 072773
21855 Redwood Road
Castro Valley, CA 94546
(510) 886-5751
(209) 586-0250
Fax: (510) 886-5780

Attorney for Debtors

The following constitutes the order of the court.
Signed June 25, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                  )   Bk. Case No. 12-47622WLJ
                                        )   Chapter 13
LEON A. BACH and CHANTAL L.             )
BACH,                                   )   **ORDER CONVERTING CASE FROM**
                                        )   **CHAPTER 13 TO CHAPTER 7**
        Debtors.                        )
_____         )

The application of the Debtors herein, for the conversion of this case under Chapter 13 of Title 11 of the United States Bankruptcy Code to a case under Chapter 7 having been considered, and it having been shown to the satisfaction of the Court that the debtor has a right to convert to a Chapter 7 under 11 U.S.C. § 1307,

IT IS ORDERED that the case be, and it hereby is, converted to a case under Chapter 7 of Title 11 of the United States Code.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Martha Bronitsky |
| 3 | Chapter 13 Trustee |
| | PO Box 5004 |
| 4 | Hayward, CA 94540-5004 |
| 5 | / / / |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |